| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 23-20388 / MEH

Lynda K. Jeannette

Petition Filed Date: 11/07/2023
341 Hearing Date: 12/14/2023
Confirmation Date: 02/21/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2024 | $1,100.00 | 95915890 | 03/04/2024 | $1,100.00 | 96658150 | 04/03/2024 | $1,100.00 | 97160890 |
| 05/01/2024 | $1,100.00 | 97600740 | 06/03/2024 | $1,100.00 | 98150210 | 08/22/2024 | $2,200.00 | 99408970 |
| 09/16/2024 | $1,100.00 | 99778300 | 12/02/2024 | $1,100.00 | 10095053 | 12/12/2024 | $1,100.00 | 10113501 |
| 12/26/2024 | $1,100.00 | 10132343 | | | | | | |

**Total Receipts for the Period:  $12,100.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $15,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lynda K. Jeannette | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2020-2022 | Priority Creditors | $10,395.83 | $0.00 | $10,395.83 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2018-2019 | Unsecured Creditors | $13,710.55 | $0.00 | $13,710.55 |
| 3 | TOWNSHIP OF HAMILTON | Secured Creditors | $558.74 | $81.85 | $476.89 |
| 4 | PenFed Credit Union | Unsecured Creditors | $964.47 | $0.00 | $964.47 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $190.18 | $0.00 | $190.18 |
| 6 | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING<br>»»  P/269 NORWAY AVE/1ST MTG | Mortgage Arrears | $51,280.84 | $7,512.45 | $43,768.39 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PROSPER FUNDING, LLC | Unsecured Creditors | $1,619.18 | $0.00 | $1,619.18 |
| 8 | LVNV Funding c/o<br>»»  AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | Velocity Investments, LLC<br>»»  AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | Flagship Condominium Owners Assoc.<br>»»  TIMESHARE | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 11 | TRENTON WATER WORKS | Priority Creditors | $915.24 | $0.00 | $915.24 |

**Chapter 13 Case No. 23-20388 / MEH**

| **SUMMARY** | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | | | |
| Total Receipts: | $15,400.00 | Plan Balance: | $75,800.00 ** |
| Paid to Claims: | $11,344.30 | Current Monthly Payment: | $1,100.00 |
| Paid to Trustee: | $1,036.20 | Arrearages: | $0.00 |
| Funds on Hand: | $3,019.50 | Total Plan Base: | $91,200.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.